1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   ABONILICO CARROLL,                          Case No. 1:21-cv-01605-DAD-EPG (PC)

12                    Plaintiff,
                                                  ORDER DIRECTING PLAINTIFF TO
13          v.                                    COMPLETE AND RETURN SUBPOENA
                                                  (FORM AO 88B) AND FORM USM-285
14   DOE 1,
                                                  THIRTY-DAY DEADLINE
15                    Defendant.
                                                  ORDER DIRECTING CLERK TO SEND
16                                                PLAINTIFF COPY OF FORM AO 88B AND
                                                  FORM USM-285
17

18          Abonilico Carroll ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis*

19   in this civil rights action filed pursuant to 42 U.S.C. § 1983.

20          On May 9, 2022, District Judge Dale A. Drozd issued an order allowing this case to

21   proceed only on Plaintiff's Eighth Amendment conditions of confinement claim and claim for

22   deliberate indifference to his serious medical needs against defendant Doe 1.  (ECF No. 16).

23   Ordinarily, the Court would now authorize service of process.  However, there are no named

24   defendants. Therefore, instead, the Court will send Plaintiff a subpoena form (form AO 88B) to

25   complete and return, which he shall complete and return within thirty days of the date of service

26   of this order, so that he can subpoena documents from the California Department of Corrections

27   and Rehabilitation ("CDCR") that may allow him to identify defendant Doe 1. When completing

28   the subpoena form, Plaintiff should only request documents that may assist him in identifying

                                                1

defendant Doe 1.[1]  He should also identify with specificity the documents he is seeking.

Once Plaintiff has completed and returned form AO 88B and form USM-285, the Court will direct the United States Marshals Service to serve the subpoena on the CDCR.[2]

The Court notes that it may limit Plaintiff's request for production of documents.

If Plaintiff is able to identify defendant Doe 1, he should file a motion to substitute the named individual in place of defendant Doe 1 no later than 120 days from the date of service of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send Plaintiff a copy of form AO 88B and a copy of form USM-285;

2. Plaintiff has thirty days from the date of service of this order to complete and return form AO 88B and form USM-285;

3. Plaintiff has 120 days from the date of service of this order to file a motion to substitute a named defendant in place of Doe 1; and

4. Failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **May 11, 2022**                      /s/ _Erica P. Grosjean_
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is not opening discovery generally.  It is only allowing Plaintiff to subpoena documents that may allow him to identify defendant Doe 1.

[2] If after being served with the subpoena the CDCR fails to respond or objects to providing documents, Plaintiff may file a motion to compel.  The motion must be filed with the Court and served on the CDCR.