UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABONILICO CARROLL,<br><br>        Plaintiff,<br><br>   v.<br><br>DOE 1,<br><br>        Defendant. | Case No. 1:21-cv-01605-DAD-EPG (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(ECF No. 17)<br><br>ORDER DIRECTING CLERK TO ATTACH COPY OF SUBPOENA TO THIS ORDER |

      The Court previously allowed Plaintiff to issue a subpoena to the California Department of Corrections and Rehabilitation.  (ECF No. 17).  Plaintiff has now completed and returned the subpoena and USM-285 form.

      As the response date listed by Plaintiff in the subpoena has already passed, the Court will extend the response date.  The Court will give North Kern State Prison twenty-one days from the date of service of the subpoena to respond to the subpoena.  Additionally, any responsive documents should be produced to Plaintiff at his current address, not North Kern State Prison, which is the address Plaintiff listed on the subpoena.  Finally, while the Court allowed Plaintiff to request documents so that he can identify defendant Doe 1, the Court did not allow Plaintiff to inspect premises.  Therefore, North Kern State Prison is not required to allow Plaintiff to inspect any premises.

1

Accordingly, it is HEREBY ORDERED that:

1. North Kern State Prison has TWENTY-ONE (21) DAYS from the date of service of the subpoena to respond to the subpoena.
2. Any responsive documents shall be produced to Plaintiff at his current address: Abonilico Carroll, BK-9830, California State Prison, Solano, P.O. Box 4000, Vacaville, CA 95696-4000
3. North Kern State Prison is not required to allow Plaintiff to inspect any premises.
4. The Clerk of Court shall forward the following documents to the United States Marshals Service:
    a. One (1) completed and issued subpoena *duces tecum*;
    b. One (1) completed USM-285 form; and
    c. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.
5. The Clerk of Court is directed to attach a copy of the completed subpoena *duces tecum* to this order.
6. Within TWENTY (20) DAYS from the date of this order, the United States Marshals Service SHALL effect personal service of the subpoena, along with a copy of this order, upon North Kern State Prison pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).
7. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.
8. Within TEN (10) DAYS after personal service is effected, the United States Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated:   **May 23, 2022**                                    /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE