UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABONILICO CARROLL,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>A. MEDINA,<br><br>　　　　　　　　　　　　Defendant. | Case No. 1:21-cv-01605-DAD-EPG (PC)<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND OPT OUT OF SETTLEMENT CONFERENCE<br><br>(ECF No. 30) |

　　　On September 19, 2022, defendant Medina filed a motion for: "(1) for a ninety-day extension of time to file a responsive pleading through December 27, 2022; and (2) for a sixty-day extension of time to opt out of a settlement conference through December 9, 2022." (ECF No. 30, p. 2). Defense counsel states that he needs the extension because the Correctional Law Section of the Office of the Attorney General is currently understaffed. (Id. at 3). While the Correctional Law Section has been working to address the issue, "multiple open positions for Deputy Attorneys General remain unfilled, and the Deputy Attorneys General currently handling Correctional Law Section cases will be unable to complete all appropriate casework if additional cases are assigned to them." (Id.).

　　　The Court finds good cause to grant the motion in part. The Court finds that an extension of sixty days of both deadlines is appropriate under the circumstances.

\\\

1

Accordingly, IT IS HEREBY ORDERED that:

1. The assigned Deputy Attorney General has until December 9, 2022, to either: (1) file a notice stating that defendant Medina opts out of the settlement conference; or (2) contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference.[1]
2. Defendant Medina has until November 28, 2022, to file a responsive pleading.
3. No further extension to these deadlines will be given.

IT IS SO ORDERED.

Dated:   **September 20, 2022**         /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the assigned Deputy Attorney General may opt out of the settlement conference by filing a notice. A motion is not required.