UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABONILICO CARROLL,<br><br>               Plaintiff,<br><br>    v.<br><br>A. MEDINA,<br><br>               Defendant. | Case No. 1:21-cv-01605-ADA-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO OPT OUT OF AN EARLY SETTLEMENT CONFERENCE<br><br>(ECF No. 34) |

      This matter has been referred for an early settlement conference. (ECF No. 29). On December 9, 2022, Defendant filed a request to opt out of the settlement conference. (ECF No. 34). According to Defendant, "after investigating Plaintiff's claims and speaking with Plaintiff, and after conferring with her supervisor, defense counsel in good faith finds that a settlement conference in this case would be a waste of resources at this time." (Id. at 2).

      The Court will grant Defendant's request to opt out of an early settlement conference.[1] A settlement conference may be scheduled at a later date, if appropriate.

\\\

\\\

\\\

\\\

---

[1] Pursuant to the order regarding early settlement conference (ECF No. 29), Defendant did not need to file a request to opt out of the early settlement conference. Instead, Defendant should have filed a notice that Defendant is opting out of an early settlement conference.

1

Accordingly, it is ORDERED that Defendant's request to opt out of an early settlement conference (ECF No. 34) is GRANTED.

IT IS SO ORDERED.

Dated: __**December 12, 2022**__         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE