UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABONILICO CARROLL,<br><br>                                    Plaintiff,<br><br>        v.<br><br>A. MEDINA,<br><br>                                    Defendant. | Case No. 1:21-cv-01605-ADA-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENSION OF TIME TO FILE SCHEDULING AND DISCOVERY STATEMENT<br><br>(ECF No. 38) |

On January 9, 2023, Defendant filed a motion "for a thirty-day extension of time to file a Scheduling and Discovery Statement, up to and including February 10, 2023."  (ECF No. 38, p. 2).  According to defense counsel, Deputy Attorney General Kealy "has been fully engaged in investigating this case, reviewing all relevant documents obtained from the institution thus far, and preparing a Scheduling and Discovery Statement to the extent possible."  (Id. at 3).  However, defense counsel recently received "extensive documentation" that may be relevant.  (Id.).  "A complete review of this documentation and investigation into this case is necessary in order to provide an accurate and thorough Scheduling and Discovery Statement."  (Id.).

The Court finds good cause to grant the motion.

\\\

\\\

\\\

Accordingly, IT IS HEREBY ORDERED that Defendant has until February 10, 2023, to file a Scheduling and Discovery Statement.

IT IS SO ORDERED.

Dated: **January 10, 2023**            /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE