UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABONILICO CARROLL,<br><br>             Plaintiff,<br><br>     v.<br><br>A. MEDINA,<br><br>             Defendant. | Case No. 1:21-cv-01605-ADA-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE SCHEDULING AND DISCOVERY STATEMENT<br><br>TWENTY-ONE-DAY DEADLINE<br><br>(ECF No. 36)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF COPY OF ORDER REQUIRING STATEMENTS FROM PARTIES REGARDING SCHEDULE AND DISCOVERY (ECF NO. 36) |

On December 12, 2022, the Court issued an order requiring the parties to submit scheduling and discovery statements within thirty days. (ECF No. 36). Plaintiff did not file a scheduling and discovery statement, and his deadline to do so has passed.[1]

The Court will grant Plaintiff an additional twenty-one days to file his scheduling and discovery statement and will direct the Clerk of Court to send Plaintiff a copy of the order requiring statements from parties regarding schedule and discovery. The Court notes that if Plaintiff fails to file his statement within this twenty-one-day period, the Court may issue findings and recommendations to the assigned district judge, recommending that this action be dismissed,

---

[1] Defendant filed a motion for an extension of time to file a scheduling and discovery statement, and Defendant was given until February 10, 2023, to file a statement. (ECF No. 39). Plaintiff has not requested an extension of time to file his statement.

1

without prejudice, for failure to prosecute and failure to comply with court orders.

Accordingly, IT IS ORDERED that:

1. Plaintiff has twenty-one days from the date of service of this order to file his scheduling and discovery statement;
2. Failure to comply with this order may result in the dismissal of this action; and
3. The Clerk of Court is directed to send Plaintiff a copy of the order requiring statements from parties regarding schedule and discovery (ECF No. 36).

IT IS SO ORDERED.

Dated:   **January 30, 2023**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2