UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABONILICO CARROLL,<br><br>        Plaintiff,<br><br>    v.<br><br>A. MEDINA,<br><br>        Defendant. | No. 1:21-cv-01605-ADA-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 45, 46) |

      Plaintiff Abonilico Carroll is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to the assigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 5, 2023, the assigned Magistrate Judge issued findings and recommendations recommending that "[t]his case be dismissed, without prejudice, because of Plaintiff's failure to comply with court orders and to prosecute this case," and that "[t]he Clerk of Court be directed to close this case." (ECF No. 45 at 3.) The parties were instructed to file any objections to the findings within fourteen days of the date of service. (*Id.*)

      Plaintiff untimely filed objections on April 18, 2023, alongside an extension of time request. (ECF No. 46.) On June 20, 2023, defense counsel submitted a declaration requesting the Court dismiss the case, as "Plaintiff has yet to file a scheduling and discovery statement and Defendant Medina has no objections," and Plaintiff's requested extension deadline had passed.

(ECF No. 47 at 3.)

In his objections, Plaintiff stated he "objected to [the Court's] last order," and, due to an operations issue with the prison, he "couldn't reach the deadline . . . to get [his objections] to the Court." (ECF No. 46.) Plaintiff then requested a thirty-to-forty-five-day extension of time "to hold the order the Court set." (*Id*.) Plaintiff's objections lack explanation—Plaintiff states only that he "objects." (*Id*.) Further, Plaintiff has not submitted any documentation for the Court's consideration since April 13, 2023. *See* Docket. Therefore, Plaintiff's objections are unpersuasive.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's untimely objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS SO ORDERED:

1. The findings and recommendations issued on April 5, 2023 (ECF No. 45), are ADOPTED in full;
2. The case is DISMISSED WITHOUT PREJUDICE; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 4, 2023

UNITED STATES DISTRICT JUDGE